**\*\* E-filed April 23, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACIE SKILES, | No. C12-01875 HRL |
| Plaintiff, | **ORDER REFERRING CASE TO JUDGE DAVILA FOR RELATED CASE DETERMINATION** |
| v. | |
| FACEBOOK, INC., | |
| Defendant. | |

The instant action is hereby referred to the judge presiding over *In re Facebook Tracking Litigation*, C:12-md-02314 EJD for a determination as to whether the cases are related within the meaning of Civil Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: April 23, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-01875 HRL Notice will be electronically mailed to:**

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**