**\*\* E-filed April 23, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TRACIE SKILES,

           Plaintiff,

   v.

FACEBOOK, INC.,

          Defendant.

_____/

No. C12-01875 HRL

**ORDER REFERRING CASE TO JUDGE DAVILA FOR RELATED CASE DETERMINATION**

     The instant action is hereby referred to the judge presiding over *In re Facebook Tracking Litigation*, C:12-md-02314 EJD for a determination as to whether the cases are related within the meaning of Civil Local Rule 3-12.

     **IT IS SO ORDERED.**

Dated: April 23, 2012

_____

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1

**C12-01875 HRL** Notice will be electronically mailed to:

2

3

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California