IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACIE SKILES, | CASE NO. 5:12-cv-01875 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| FACEBOOK, INC., | |
| Defendant(s). | |

On May 1, 2012, the court denied Plaintiff's application to proceed in forma pauperis and ordered Plaintiff to pay the filing fee for commencing this action no later than May 31, 2012. See Docket Item No. 5. The Court admonished Plaintiff that the Court would dismiss this action should she fail to pay the filing fee as directed.

As of this date, Plaintiff has not complied with court's order as directed, and it appears Plaintiff has failed to provide the court with an updated mailing address or other contact information. Accordingly, this case is DISMISSED WITHOUT PREJUDICE. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: June 5, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-01875 EJD
ORDER DISMISSING CASE